SAMUEL KOHN, Appellant, v. JENNIE KOHN, Respondent.

*Real property — title — action to acquire half interest in real property.*

*Kohn v. Kohn*, 204 App. Div. 899, affirmed.

(Argued June 7, 1923; decided July 13, 1923.)

APPEAL from a judgment entered January 10, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to establish plaintiff's right to a half interest in certain premises in the borough of Brooklyn and to certain credits, profits and income in connection therewith.

*Almet F. Jenks, Almet F. Jenks, Jr.,* and *Henry Pearlman* for appellant.

*Sidney A. Clarkson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.